# Kinney *v.* South and North Alabama Railroad Company.

### *Trover.*

1. *Motion for new trial; its effect on finality of judgment.*—While a motion for a new trial, made after verdict and judgment in the primary court, is pending and undetermined, a stay of execution having been ordered to await the determination of the motion, there is no such final judgment as will support an appeal to this court; and an appeal, taken during the pendency of such motion, will be dismissed.

Appeal from Cullman Circuit Court.

Tried before Hon. LeRoy F. Box.

Trover by the appellant against the appellee. The facts necessary to an understanding of the point decided are stated in the opinion.

W. T. L. Cofer, for appellant.

Geo. H. Parker and J. M. Falkner, *contra.*

Per Curiam.—The appellant, who was the plaintiff in the court below, after verdict and judgment had been rendered against him, made a motion for a new trial. The motion was regularly continued from term to term, and a stay of execution ordered pending the determination of the motion. While that motion was undetermined, and still pending in the circuit court, this appeal was taken.

We are of opinion that the motion to dismiss the appeal must prevail. There is no such final judgment as will support an appeal, and the cause must be dismissed.—*Overton v. State,* 60 Ala. 73; *Montevallo Coal Mining Co. v. Reynolds,* 44 Ala. 252.

Appeal dismissed.